# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 4:08CR00130-005 SWW

FREDDY EDUARDO TRUJILLO-BUSTAMANTE

### ORDER OF DISMISSAL

Pursuant to the government's motion for dismissal of the indictment against the above defendant pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

IT IS ORDERED that the government's motion [doc #82] be, and it hereby is **granted**, and the indictment pending against defendant Freddy Trujillo-Bustamante in the above case hereby is dismissed without prejudice.

IT IS FURTHER ORDERED that the defendant is to be returned to the custody of Immigration and Customs Enforcement (ICE) for resolution of his immigration matter.

DATED this 16th day of October 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE